G. Thomas Martin, III, Esq. (SBN 218456)  JS-6
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
JIMMIE WILLIAM GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE WILLIAM GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> FIVE LAKES AGENCY, INC.; DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 13-2247 PA (PJWx) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JIMMIE WILLIAM GARCIA against Defendants, FIVE LAKES AGENCY, INC.; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff JIMMIE WILLIAM GARCIA and Defendant FIVE LAKES AGENCY, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 14, 2013                     _/s/ Tery Cullen_____
                                         District Court Judge
                                         Central District of California

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL